IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO. 4:16-CV-182-FL

| | |
|---|---|
| ATLANTIC COAST MARINE GROUP, INC., doing business as Towboat U.S. Beaufort and LEE SYKES, <br>     Plaintiffs <br><br> v. <br><br> ZACHARY WILLIS; CORBETT JOHNSON, doing business as Reelax Fishing Charters; SALVATORE CATAPANO; and BLUE WATER MARINE, INC., doing business as Sea Tow Crystal Coast, <br>     Defendants | **ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR STAY OF PROCEEDINGS PENDING RESOLUTION OF PLAINTIFFS' MOTION TO REMAND** |

Upon considering Plaintiffs' Consent Motion for Stay of Proceedings Pending Resolution of Plaintiffs' Motion to Remand, it is ORDERED that the Motion is GRANTED. All proceedings and deadlines in this case—including pre-trial and discovery deadlines and further briefing and consideration of Defendants' Motion to Dismiss-- are STAYED until the Court rules on Plaintiffs' Motion to Remand. If this Court denies Plaintiffs' Motion to Remand, Plaintiffs shall have fourteen (14) days from the ruling to file their response to Defendants' Motion to Dismiss and the parties shall have fourteen (14) days after the ruling to hold their Rule 26(f) meeting.

So ordered this 18th day of July, 2016.

_____
Louise W. Flanagan
United States District Court Judge