UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ATLANTIC COAST MARINE GROUP, INC., doing business as Towboat U.S. Beaufort and LEE SYKES,<br><br>        Plaintiffs,<br><br>v.<br><br>ZACHARY WILLIS and CORBETT JOHNSON, individually and doing business as Reelax Fishing Charters; SALVATORE CATAPANO; BLUE WATER MARINE, INC., doing business as Sea Tow Crystal Coast; and individual JOHN DOES,<br><br>        Defendants. | **JUDGMENT**<br>No. 4:16-CV-182-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiffs' motion to remand this action to the Superior Court of Carteret County, North Carolina pursuant to 28 U.S.C. § 1447(c).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 28, 2016, and for the reasons set forth more specifically therein, that plaintiff's motion to remand is granted and this matter is REMANDED to the Superior Court of Carteret County, North Carolina for further proceedings.

**This Judgment Filed and Entered on September 28, 2016, and Copies To:**
Eric J. Remington; William Joseph Austin, Jr.; Bryan Karl Meals; Stevenson L. Weeks; Wesley Charles Cooper; and Partrick M. Brogan (via CM/ECF Notice of Electronic Filing)
The Honorable Pamela Hanson, Carteret County Clerk of Superior Court
    (via U.S. mail) 300 Courthouse Square, Beaufort, NC 28516


September 28, 2016        JULIE RICHARDS JOHNSTON, CLERK
                                      /s/ Christa N. Baker
                                      (By) Christa N. Baker, Deputy Clerk